Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **John Doe** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 23-CV-2170 |
| | ) |
| **Sarah Bush Lincoln Health Center** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** The above case is remanded to Circuit Court of the First Judicial Circuit of Coles County, Illinois.

**Dated: 11/13/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court